

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00312-CV

Marcel **MARTINEZ**,
Appellant

v.

Jesse **TORRES**, Gold Standard Plumbing, LLC and Edy Jonathan Pech-Guamuch,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
Honorable Aaron Haas, Judge Presiding

## O R D E R

The appellant's Second Motion for Extension of Time to file Brief is GRANTED. The appellant's brief is due March 16, 2020. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court